# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

130443

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARNETTA GRABLE, Personal Representative
of the Estate of LAMAR GRABLE, Deceased,
           Plaintiff-Appellee,

v

EUGENE BROWN,
           Defendant-Appellant.

SC: 130443
COA: 256215
Wayne CC: 99-906156-NO

_____/

     On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk

p0531